Appeal No. 76-6. ERNEST P. ARDENTE *v.* WILLIAM A. HORAN *et al.* Motion of defendants for special assignment is granted and the case is assigned to the Calendar for October 1976. *Manning, West, Santaniello & Pari, Joseph T. Pari,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Jeremiah C. Lynch, Jr.,* for defendants.

Appeal No. 76-52. RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, TRUSTEE *v.* RICHARD J. ISRAEL, ATTORNEY GENERAL *et al.* The motion of the appellee, Children's Friend and Service, to affirm the judgment below pursuant to Rule 16(g) is denied. The motion of the appellee, Children's Friend and Service, to strike from the memorandum of law filed by the Rhode Island Lung Association the appendix of directors is denied, without prejudice to raising this issue at oral argument. *Adolph N. Anderson, Jr., Charles H. Drummey,* for appellant, Rhode Island Lung Association. *Charles J. McGovern, John G. Coffey, Jr.,* for appellee, Children's Friend and Service.

Appeal No. 76-62. DANIEL H. BROWN, P. P. A. HENRY A. L. BROWN *et al. v.* ELIZABETH LITTLEFIELD RILEY *et al.* Motion of plaintiffs to affirm the order below pursuant to Rule 16(g) is denied. *Edwards & Angell, Joseph V. Cavanagh, Jr.,* for plaintiffs. *Kirshenbaum & Kirshenbaum, Albert John Mainelli,* for defendants.

Appeal No. 76-201. RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY *v.* BETHLEHEM STEEL CORPORATION *et al.* Motion of plaintiff for a special assignment denied. *Hogan & Hogan, Edward T. Hogan, Sheffield & Harvey, Brian G. Bardof,* for plaintiff. *Edwards & Angell, John V. Kean, George W. Shuster,* for defendants.